IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| APPLE RECORDS ASSOCIATED WITH ) | Case No. 1:17sw 399 |
| EMAIL MICHAEL.YANGKAI@GMAIL.COM ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## WARRANT APPLICATION AND AFFIDAVIT

On July 7, 2017, this Court granted the motion of the United States to seal the warrant application and affidavit in support of that application in this matter.

Sealing should be narrowly tailored to balance the values furthered by sealing (including the protection of ongoing criminal investigations) against the values furthered by unsealing (including the enhancement of the public's ability to evaluate the performance of the investigators). *Baltimore Sun v. Goetz*, 886 F.2d 60, 65-66 (4th Cir. 1989). There is no longer any compelling government interest in sealing the warrant application and affidavit in this case because the target of the investigation with respect to which this warrant was issued has been arrested, and the United States is in the process of providing discovery to the defense.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Colleen E. García
Texas Bar No. 24088876
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3981 (fax)
Colleen.E.Garcia@usdoj.gov